# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of December, two thousand and fifteen.

_____

Daniel F. Hauschild,

     Plaintiff - Appellant,

v.

United States Marshals Service, Patricia Hoffman, Contracting Officer, Office of Security Contracts, Judicial Security Division, United States Service, in her individual capacity,

     Defendants- Appellees,

John Doe, in his individual capacity,

     Defendant.
_____

**ORDER**

Docket No. 15-2927

     Counsel for Appellant has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting December 30, 2015 as the brief/appendix filing date. The date selected exceeds the time allowed by the Rule.

     IT IS HEREBY ORDERED that Appellant's brief must be filed on or before December 29, 2015. The appeal is dismissed effective December 29, 2015 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

     For the Court:

     Catherine O'Hagan Wolfe,
     Clerk of Court



Case 15-2927, Document 39, 12/23/2015, 1671396, Page2 of 2